| | |
|---|---|
| 1 | D. MICHAEL SCHOENFELD, SBN 102332 |
| | LISA D. NICOLLS, SBN 234376 |
| 2 | MURPHY AUSTIN ADAMS SCHOENFELD LLP |
| | 555 Capitol Mall, Suite 850 |
| 3 | Sacramento, California 95814 |
| | Telephone: (916) 446-2300 |
| 4 | Facsimile: (916) 503-4000 |
| | Email: mschoenfeld@murphyaustin.com |
| 5 | Email: lnicolls@murphyaustin.com |

Attorneys for Defendants
Walsh Federal JV, erroneously sued as Walsh Construction Group, LLC dba Walsh Federal JV, and Travelers Casualty and Surety Company of America

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES FOR THE USE AND BENEFIT OF GOLDEN EMPIRE CONCRETE PRODUCTS, INC., d/b/a STRUCTURECAST, and GOLDEN EMPIRE CONCRETE PRODUCTS, INC., a California Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>WALSH CONSTRUCTION GROUP, LLC, d/b/a WALSH FEDERAL JV, an Illinois limited liability company; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut Corporation, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:18-cv-00573-MCE-CKD<br><br>**STIPULATION FOR EXTENSION FOR DEFENDANTS TO ANSWER AND ORDER THEREON** |

WHEREAS, the parties have agreed to a 14 day extension of time for Defendants WALSH FEDERAL JV, erroneously sued as WALSH CONSTRUCTION GROUP, LLC dba WALSH FEDERAL JV, ("Walsh") and TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA ("Travelers") to file a responsive pleading in this matter and the deadline for said filing is now April 16, 2018;

NOW THEREFORE IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES HERETO, through their respective counsel, that Walsh and Travelers will have an extension of time through and including April 30, 2018 to file a responsive pleading in this matter.

Dated: April 16, 2018     MURPHY AUSTIN ADAMS SCHOENFELD LLP

By: /s/ *Lisa D. Nicolls*
D. MICHAEL SCHOENFELD
LISA D. NICOLLS
MURPHY AUSTIN ADAMS SCHOENFELD LLP
Attorneys for Defendants
WALSH FEDERAL JV and TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA

Dated: April 16, 2018     CLIFFORD & BROWN

By: /s/ *T. Mark Smith*
T. MARK SMITH
CLIFFORD & BROWN
Attorneys for Plaintiff
UNITED STATES FOR THE USE AND BENEFIT OF GOLDEN EMPIRE CONCRETE PRODUCTS, INC. dba STRUCTURECAST and GOLDEN EMPIRE CONCRETE PRODUCTS, INC.

## **ORDER**

Based upon the stipulation of the parties, Walsh and Travelers shall file a responsive pleading in this matter not later than April 30, 2018.

IT IS SO ORDERED.

Dated: April 17, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE