D. MICHAEL SCHOENFELD, SBN 102332
LISA D. NICOLLS, SBN 234376
MURPHY AUSTIN ADAMS SCHOENFELD LLP
555 Capitol Mall, Suite 850
Sacramento, California 95814
Telephone:    (916) 446-2300
Facsimile:    (916) 503-4000
Email:        mschoenfeld@murphyaustin.com
Email:        lnicolls@murphyaustin.com

Attorneys for Defendants
Walsh Federal JV, erroneously sued as Walsh
Construction Group, LLC dba Walsh Federal JV,
and Travelers Casualty and Surety Company of
America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES FOR THE USE AND BENEFIT OF GOLDEN EMPIRE CONCRETE PRODUCTS, INC., d/b/a STRUCTURECAST, and GOLDEN EMPIRE CONCRETE PRODUCTS, INC., a California Corporation, | Case No. 2:18-cv-00573-MCE-CKD **STIPULATION FOR EXTENSION FOR DEFENDANTS TO ANSWER AND ORDER THEREON** |
| Plaintiffs, | |
| v. | |
| WALSH CONSTRUCTION GROUP, LLC, d/b/a WALSH FEDERAL JV, an Illinois limited liability company; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut Corporation, and DOES 1 through 50, inclusive, | |
| Defendants. | |

WHEREAS, the parties have agreed to a 14 day extension of time for Defendants WALSH FEDERAL JV, erroneously sued as WALSH CONSTRUCTION GROUP, LLC dba WALSH FEDERAL JV, ("Walsh") and TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA ("Travelers") to file a responsive pleading in this matter and the deadline for said filing is now April 30, 2018;

MURPHY AUSTIN ADAMS SCHOENFELD LLP
ATTORNEYS AT LAW

NOW THEREFORE IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES HERETO, through their respective counsel, that Walsh and Travelers will have an additional extension of time through and including May 14, 2018 to file a responsive pleading in this matter.

Dated:  April 27, 2018                    MURPHY AUSTIN ADAMS SCHOENFELD LLP


By: /s/ *Lisa D. Nicolls*
    D. MICHAEL SCHOENFELD
    LISA D.NICOLLS
    MURPHY AUSTIN ADAMS SCHOENFELD
    LLP
    Attorneys for Defendants
    WALSH FEDERAL JV and TRAVELERS
    CASUALTY AND SURETY COMPANY OF
    AMERICA

Dated: April ___, 2018                    CLIFFORD & BROWN


By:/s/ *T. Mark Smith*
    T. MARK SMITH
    CLIFFORD & BROWN
    Attorneys for Plaintiff
    UNITED STATES FOR THE USE AND
    BENEFIT OF GOLDEN EMPIRE CONCRETE
    PRODUCTS, INC. dba STRUCTURECAST and
    GOLDEN EMPIRE CONCRETE PRODUCTS,
    INC.

## <u>ORDER</u>

Based upon the stipulation of the parties, Defendants Walsh and Travelers shall have a fourteen-day extension of time to file a responsive pleading in this matter.  A responsive pleading shall be filed not later than May 14, 2018.

IT IS SO ORDERED.

Dated:  May 2, 2018


MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

3327.004-2595631.1

MURPHY AUSTIN ADAMS SCHOENFELD LLP
ATTORNEYS AT LAW