| | |
|---|---|
| 1 | T. MARK SMITH, ESQ. – SBN 162370 |
| 2 | CLIFFORD & BROWN<br>A Professional Corporation |
| 3 | Attorneys at Law<br>Bank of America Building |
| 4 | 1430 Truxtun Avenue, Suite 900<br>Bakersfield, CA 93301-5230 |
| 5 | Tel: (661) 322-6023  Fax: (661) 322-3508 |

Attorneys for Plaintiffs, United States for the Use and Benefit of
Golden Empire Concrete Products, Inc., d/b/a StructureCast and
Golden Empire Concrete Products, Inc., d/b/a StructureCast

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

* * *

| | |
|---|---|
| UNITED STATES FOR THE USE AND BENEFIT OF GOLDEN EMPIRE CONCRETE PRODUCTS , INC., d/b/a STRUCTURECAST, and GOLDEN EMPIRE CONCRETE PRODUCTS, INC., a California Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>WALSH CONSTRUCTION GROUP, LLC., d/b/a WALSH FEDERAL JV, an Illinois limited liability company; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut Corporation, and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. 2:18−CV−00573−MCE−CKD<br>*Complaint filed: 3/16/2018*<br><br>**ORDER ON JOINT NOTICE OF SETTLEMENT AND STIPULATION** |

The Court, having considered the parties' Notice of Settlement and Stipulation, hereby finds good cause to provide the Parties thirty (30) days to complete the executory terms of the settlement and either file a Stipulation for Dismissal or a progress report to advise the Court as to the status of completion of the settlement terms. A stipulation of dismissal and proposed order or, alternatively, a joint status

1
**ORDER ON JOINT NOTICE OF SETTLEMENT AND STIPULATION**

report, shall be filed not later than thirty (30) days from the date of electronic filing of this Order. Defendants' time to respond to the Complaint is stayed pending such filing described above.

IT IS SO ORDERED.

Dated: May 22, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

**ORDER ON JOINT NOTICE OF SETTLEMENT AND STIPULATION**