| | |
|---|---|
| 1 | T. MARK SMITH, ESQ. – SBN 162370<br>CLIFFORD & BROWN |
| 2 | A Professional Corporation<br>Attorneys at Law |
| 3 | Bank of America Building<br>1430 Truxtun Avenue, Suite 900 |
| 4 | Bakersfield, CA 93301-5230<br>Tel: (661) 322-6023   Fax: (661) 322-3508 |
| 5 | |
| 6 | Attorneys for Plaintiffs, United States for the Use and Benefit of<br>Golden Empire Concrete Products , Inc., d/b/a Structurecast, and<br>Golden Empire Concrete Products, Inc. d/b/a StructureCast |
| 7 | |
| 8 | LISA D. NICOLLS, ESQ. – SBN 234376<br>MURPHY AUSTIN ADAMS SCHOENFELD LLP |
| 9 | 555 Capitol Mall, Suite 850<br>Sacramento, CA 95814 |
| 10 | Tel: (916) 446-233 / Fax: (916) 329-3075 |
| 11 | Attorneys for Defendants, Walsh Construction Group, LLC dba<br>Walsh Federal JV and Travelers Casualty and Surety Company of |
| 12 | America |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

***

| | |
|---|---|
| UNITED STATES FOR THE USE AND BENEFIT OF GOLDEN EMPIRE CONCRETE PRODUCTS , INC., d/b/a STRUCTURECAST, and GOLDEN EMPIRE CONCRETE PRODUCTS, INC., a California Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>WALSH CONSTRUCTION GROUP, LLC., d/b/a WALSH FEDERAL JV, an Illinois limited liability company; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut Corporation, and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. 2:18−CV−00573−MCE−CKD<br>*Complaint filed: 3/16/2018*<br><br>**STIPULATION FOR DISMISSAL; ORDER THEREON** |

Pursuant to the provisions of Fed. R. Civ. P. 41(a), the parties, by and through their respective counsel, hereby stipulate that this action and each and every claim therein be dismissed with prejudice. Each side to bear its own attorney's fees and costs.

                                                  Respectfully submitted,

DATED: July 2, 2018                        CLIFFORD & BROWN

                                             By: */s/ T. Mark Smith*
                                                  T. MARK SMITH, ESQ.
                                                  Attorneys for Plaintiffs,
                                                  United States for the Use and Benefit of Golden Empire Concrete Products, Inc., d/b/a Structurecast, and Golden Empire Concrete Products, Inc., d/b/a StructureCast

DATED: July 2, 2018                        MURPHY AUSTIN ADAMS SCHOENFELD LLP

                                             By: */s/ Lisa D. Nicolls* with authorization on 6/21/18
                                                  LISA D. NICOLLS, ESQ.
                                                  Attorneys for Defendants,
                                                  Walsh Construction Group, LLC dba Walsh Federal JV and Travelers Casualty and Surety Company of America

## **ORDER**

The above stipulation is APPROVED, and this action hereby DISMISSED WITH PREJUDICE pursuant to Fed. R. Civ. Pro. 41(a).

IT IS SO ORDERED.

Dated: July 2, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE